IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/~~Case~~ No. __L0156596__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

__Clint R. Cordova__

    Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

__X__ Initial Appearance   ___Arraignment    ___Sentencing  ___Status

___Administrative Review    __X__ Other ( _____ )

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101
    Colorado Springs, CO 80903

___901 19th Street, Rm. A-105
    Denver, CO 80294

__X__ 400 Rood Avenue, Room 323
    Grand Junction, CO 81501

Appearance date: __12/13/11__, at __10:30 AM__

**You are advised that your attendance on this date is mandatory. Failure to appear will lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: __M. Opela__
    Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: __11/15/11__  Name: __Clint Cordova__
                        (Please Print)
                    Address: __Correction VN__

Phone: __970 641 6323__

Revised 1/13/05